■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUELINE SELDON, Also Known as JACQUELINE MARJI, Appellant. [45 NYS3d 833]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered August 22, 2013. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the fifth degree, attempted criminal possession of a weapon in the second degree, criminal sale of a firearm in the third degree and attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Whalen, P.J., Smith, Peradotto, DeJoseph and Curran, JJ.